AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | |
|---|---|
| United States of America<br>v.<br>1. VIRGILIO ALAIN REYES CERVANTES and<br>2. ERIK PIMENTAL MAGANA PLATA<br>*Defendant* | Case No. 17-mj-01191-STV |

## CRIMINAL COMPLAINT

I am the undersigned complainant in this case, and state that the following is true to the best of my knowledge and belief.

On or about the date of  10/06/17  in the county of  Custer  in the  ___  District of  Colorado , the defendant violated  21  U. S. C. §  § 846 and 841(a)(1), (b)(1)(A)(vii)  an offense described as follows:

Conspiracy to manufacture, to distribute, and to possess with intent to distribute more than 1000 marijuana plants.

This criminal complaint is based on these facts:

See Affidavit attached hereto and hereby incorporated by reference.

☑ Continued on the attached sheet.

s/Aaron Henrichs
*Complainant's signature*

Aaron Henrichs, Law Enforcement Officer, USFS
*Printed name and title*

Sworn to before me and : ☐ signed in my presence; ☒ submitted, attested to, and acknowledged by reliable electronic means.

Date: October 10, 2017

*Judge's signature*

City and state:  Denver, Colorado    Scott T. Varholak, U.S. Magistrate Judge
*Printed name and title*